| Date | Pleading Number | |
|---|---|---|
| 8/2/72 | 1 | MOTION of Plaintiff Leggett fo consolidation of two actions (A-1 and A-2) pending in different districts pursuant to 28 U.S.C. §1407. Memo, and certificate of service. |
| 8/3/72 | 2 | Supplemental Motion of plaintiff Leggett to add Nicholas action to motion for consolidation, w/cert. of service. |
| | | HOWARD H. BLEICHER V. ATLANTIC DEPT. STORES, C.D.CAL. 72-1651 Order to Show Cause. Notified counsel, involved judge |
| 8/16/72 | 3 | DEFENDANTS LOEB, RHOADS & CO., SHEARSON, HAMMILL & INC., CBWL HAYDEN STONE, INC AND HERBERT COHEN- Notice of Cross Motion, Averments, and Brief w/exhibits A & B and certificate of service. |
| 8/16/72 | 4 | DEFENDANTS ATLANTIC DEPT. STORES, INC., ARLEN REALTY & DEVELOPMENT CORP., CHARLES C. BASSINE, MARSHALL ROSE, ARTHUR N. Levien and ARTHUR COHEN Response to motion w/cert. of service. |
| 8/18/72 | 5 | PLAINTIFFS NICHOLAS, ARNOLD AND GERCHOW response to motion w/cert of service |
| 8/22/72 | 6 | PLAINTIFFS UPTON AND STEINBERG response to motion w/cert. of service. |
| 8/24/72 | 7 | DEFENDANT MANAGING UNDERWRITERS response in support of motion, with Exhibit C and certificate of service and Motion for additional action (B-3) |
| 9/1/72 | 8 | DEFENDANTS ATLANTIC DEPT. STORES, INC., ARLEN REALTY & DEVELOPMENT CORP., BASSINE, ROSE AND LEVIEN AND COHEN Responsive Averments w/statement and cert. of service. |
| 9/5/72 | | HEARING ORDER - setting A-1 through B-3, Oct. 4, 1972, New Orleans, La |
| 9/8/72 | | BERNARD GABOR V. HAROLD FEIN, E.D.PA. C.A. 72-1609 Request from plaintiff for ext. to file response ORDER- extending plaintiff's time to 9/15/72 to file and serve response |
| 9/8/72 | 9 | DEFENDANTS WERTHEIM & CO., INC., WHEAT, AND FIRST SECURITIES Response and Certain other Defendants response in opposition to motion w/cert of service |
| 9/18/72 | 10 | PLTF. GABOR, ET AL., memorandum for consolidation & transfer. |
| 9/22/72 | 11 | MANAGING UNDERWRITERS supplementary averments and brief in support of motion. Adding C-1 to litigation. |
| 9/25/72 | 12 | DEF. ATLANTIC DEPT STORES & ARLEN REALTY & DEVELOPMENT CORP. Reply Mmo. |
| 9/29/72 | 13 | REBUTTAL OF DEFS. WERTHEIM & CO., INC. & WHEAT, FIRST SECURITIES, INC., HECKS, INC. AND CERTAIN OTHER DEFENDANTS IN PARTIAL OPPOSITION TO THE MOTION FOR CONSOLIDATION |
| 10/2/72 | 14 | SUPPLEMENTARY STATEMENT OF PLAINTIFF LEGGETT. |
| 10/5/72 | 15 | STATEMENT OF PLAINTIFF ANNENBERG (FILED IN OPEN COURT) |
| 10/19/72 | | ORDER - Consolidating A-1 through C-1 in S.D. New York. Order states that a transferee judge should be named later. |
| 10/24/72 | | CORRECTION ORDER - adding N.S. Nicholas, inadvertently omitted. Notified all recipients of transfer order. |
| 10/19/72 | | CONSENT of Judge Edelstein for a judge to handle litigation in the S.D.N.Y. pursuant to 28 U.S.C. §1407 |
| 12/12/72 | | OPINION AND ORDER - assigning Judge Charles R. Weiner to the S.D.N.Y. to handle litigation. Distribution made. |
| 4/4/73 | | ZIMMER ABLON V. ATLANTIC DEPT. STORES, S.D. OH, 4410 CTO entered today. Notified counsel, involved judges. |
| 4/20/73 | | ZIMMER ABLON V. ATLANTIC DEPT. STORES, S.D.OH, 4410 CTO final today. Notified transferee, transferor clerks and judges. |
| 9/14/73 | | ATLANTIC DEPT. STORES, INC. V. HECK'S, S.D. W.Va. CA-73-152-Ch CTO entered today. Notified counsel, involved judges. |

| Date | Pleading Number | |
|---|---|---|
| 10/1/73 | | ATLANTIC DEPT. STORES, INC. V. HECK's, INC., S.D. West Virginia CA-73-152-CH -- CTO final today. Notified ~~xxxxx~~ transferee, transferor clerks and judges. |

DOCKET NO. 113 — JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

DOCKET NO. 113 -- IN RE ATLANTIC DEPARTMENT STORES, INC. LITIGATION

*A. Gasca*

### Summary of Panel Action

Date(s) of Hearing(s): 12/4/72

Date(s) of Opinion(s) or Order(s): 10/19/72  12/12/72  352 F.Supp. 971

Consolidation Ordered: 10/19/72   Name of Transferee Judge: Wiener (PAE)

Consolidation Denied: ____    Transferee District: S.D. New York

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Noel Bleecker Leggett, III, etc. v. Atlantic Department Stores, Inc., et al. | S.D.N.Y. Gagliardi | 72 Civ 2676 | | 72 Civ 4524 | 5/1/74 | Motion 8/2/72 |
| A-2 | Blake Upton and Merrill Steinberg, etc. v. Atlantic Department Stores, Inc., et al. | N.D.Cal Conti | C-72-355-SC | 10/19/72 | 72 Civ 4526 | 5/1/74 | Motion 8/2/72 |
| B-1 | N. S. Nicholas, et. al. v. Arlen Realty & Development Corp., et al. | S.D.N.Y. Gagliardi | 72 Civ 3164 | | | 5/1/74 | Motion 8/3/72 |
| B-2 | Howard H. Bleicher v. Atlantic Department Stores, Inc., et al. | C.D.Cal Pregerson | 72-1651-HP | 10/19/72 | 72 Civ 4524 | 7/16/74 | SCO 8/15 |
| B-3 | Bernard L. Gabor, et al. v. Harold Fein, et al. | E.D.Pa. Luongo | 72-1609 | 10/19/72 | 72 Civ 4525 | 5/1/74 | Motion 8/24 |
| C-1 | Norman Annenberg v. Sidney Mittleman, et al. | S.D.N.Y. | 72 Civ 3856 | | | 5/1/74 | Motion 8/22 |
| C-2 | Zimmer Ablon v. Atlantic Dept. Stores  4/4/73 | S.D. Ohio | 4410 | 4/20/73 | 73 Civ 1791 | 5/1/74 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | Arthur Bohrer v. Arthur G. Cohen, et al. | S.D N.Y. | 73 Civ. 3371 | | | 5/1/74 | |
| C-3 | Atlantic Department Stores, Inc. v. Heck's Inc. 9-14-73 | S.D.W.Va. Hall | CA 73-152-CH | 10/1/73 | | 5/1/74 | |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 113 -- IN RE ATLANTIC DEPARTMENT STORES, INC. LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Stanley J. Levey, Esquire<br>Kreindler & Kreindler<br>99 Park Avenue<br>New York, New York 10016 | ATLANTIC DEPARTMENT STORES<br>ARLEN REALTY & DEVELOPMENT CORP.<br><br>Parker, Chapin & Flattau<br>530 Fifth Avenue<br>New York, New York 10036 |
| A-2 | David B. Flinn, Esquire<br>Cerf, Robinson and Leland<br>570 Mills Building<br>~~2201 Montgomery Street~~<br>San Francisco, Calif. 94104 | LOEB RHOADES & CO.<br>SHEARSON, HAMMILL & CO., INC.<br>CBWL-HADEN STONE, INC.<br><br>*Charles [illegible], Esq.*<br>Dewey, Ballentine, Bushby, Palmer<br>  & Wood<br>140 Broadway<br>New York, New York 10005<br><br>Mr. Sidney Mittleman<br>111 8th Ave.<br>New York, New York<br><br>Mr. Harold Fein   *returned*<br>111 8th Ave.   *undelivered.*<br>NEw York, New York<br><br>Mr. Ronald Defusco<br>111 8th Ave.<br>New York, New York<br><br>Mr. Charles Bassine<br>60 E. 56th St.<br>New York, New York<br><br>FRED HADDAD<br>HECK's, INC.<br>JOHN V. RAY     Stephen R. Steinberg<br>ROY O. DARNALL   Reavis & McGrath<br>H. G. SHAFFER, JR.  1 Chase Manhattan Plaza<br>RUSSELL L. ISAACS  New York, N.Y. 10005<br>DOUGLAS R. COOK<br>C. H. HETZEL<br>NATHAN HADDAD<br>DENVER L. MORGAN<br>LESTER W. ELLIS |

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 | Martin, Bloom, Lipton & Van de Walle<br>17 Barstow Road<br>Great Neck, New York  11021 | Mr. Irving Goldman  *returned undelivered*<br>111 8th Ave<br>New York, New York<br><br>Mr. Robert Epstein  *returned undelivered*<br>111 8th Ave.<br>New York, New York<br><br>Mr. Leonard Nieman  *returned undelivered*<br>111 8th Ave.<br>New York, New York<br><br>Mr. Paul Bonynge, Jr.<br>60 E 56th St<br><br>Mr. Theodore Ellsworth  *returned undelivered*<br>60 E 56th St<br><br>Mr. Gordon E. Cadwgan  *returned undelivered*<br>60 E 56th St.<br><br>Eisner & Lubin<br>~~250 Park Ave.~~<br>~~New York, New York~~ |
| B-2 | William P. Jacobson, Esquire<br>Silverberg, Rosen & Leon<br>1880 Centruy Park East, Suite 1100<br>Los Angeles, Calif 90067 | Douglas S. Liebhafsky, Esq.<br>Wachtell, Lipton, Rosen & Katz<br>230 Park Ave.<br>New York, New York 10017 |
| B-3 ✗ | David Berger, ~~Esq.~~<br>Leonard Barrack<br>1622 Locust Street<br>Philadelphia, Pa. 19103<br><br>Richard D. Greenfield, Esq.<br>127 N. Van Pelt Street<br>Philadelphia, Penna. 19103 | Herbert Cohen (B-2)<br>c.o Shearson, Hammill & Co<br>14 Wall Street<br>New York, New York<br><br>Wertheim & Co., Inc.<br>Wheat, First Securities, Inc.<br> J. Roderick Heller, III, Esquire<br>✗ Robert B. McCaw, Esquire<br>Wilmer, Cutler & Pickering<br>900 17th Street, N.W.<br>Washington, D. C.  20006 |
| C-1 | Annenberg & Lissner<br>250 West 57th Street<br>New York, N. Y.  10019 | |
| C-2 | Jeffrey B. Shulman, Esq.<br>Shaman, Winer, Shulman & Ziegler<br>601 Gas & Electrict Building<br>Dayton, Ohio  45402 | |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| C-3 | Edward W. Eardley, Esq.<br>Box 1588<br>Charleston, West Virginia | HECK'S, INC.<br>Harry G. Shaffer, Jr., Esq.<br>Shaffer and Shaffer<br>Josephine & State Streets<br>Madison, West Virginia |

p. _1_

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _113_ -- _____

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Atlantic Department Stores | A-1, A-2  B-1  B-2 |
| Loeb, Rhoades & Co. | A-1 A-2  B-1  ~~B-2~~ |
| Arlen Realty & Development Corp | A-1  A-2  B-1  B-2 |
| Shearson, Hammill & Co., Inc | A-1, A-2  B-1  B-2 |
| CBWL-HAYDEN STONE INC., | A-1 A-2  B-1 |
| Sidney Mittleman | A-1 A-2  B-1  B-2 |
| Harold Fein | A-1 A-2  B-1 |
| Ronald Defusco | A-1 A-2  B-1  B-2 |
| Charles C. Bassine | A-1 |
| Marshall Rose | A-1 |

p. __2__

| | |
|---|---|
| Arthur N. Levien | A-1 |
| Arthur G. Cohen | A-1 |
| Eisner & Lubin | B-1   B-2 |
| Irving Goldman<br>111 8th Ave. | B-1 |
| Robert Epstein<br>111 8th Ave.<br>New York, New York | B-1   B-2 |
| Leonard Rieman<br>111 8th Ave. | B-1 |
| Paul Bongage Jr | B-1 |
| Theodore Ellsworth | B-1 |
| Gordon E. Cadwgan | B-1 |
| Herbert Cohen<br>c/o Shearson | B-2 |
| Heck's Inc | C-3 |